

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-01081-CV

Jimmy **POTHITAKIS**,
Appellant

v.

**UNITRIN SAFEGUARD INS. CO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2020CV02127
Honorable Cesar Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are assessed against appellant.

SIGNED May 1, 2024.

_____
Lori I. Valenzuela, Justice